UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENITY INVESTMENTS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUN HUNG KAI STRATEGIC CAPITAL LIMITED, et al.,<br><br>Defendants. | Case No. 22-cv-01623-YGR (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY; ORDER SETTING BRIEFING DEADLINES**<br><br>Re: ECF No. 89 |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed the parties' Joint Discovery Letter Brief. ECF No. 88. The parties' request to provide full briefing on the matters identified in the letter is **GRANTED**. Plaintiffs shall file their opening brief by January 17, 2024. Defendants shall file their response by January 24, 2024. The Court will review the parties' briefs and will order a telephone conference or hearing, if necessary.

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: January 10, 2024

LISA J. CISNEROS
United States Magistrate Judge