UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENITY INVESTMENTS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUN HUNG KAI STRATEGIC CAPITAL LIMITED, et al., <br><br> Defendants. | Case No.  22-cv-01623-YGR   (LJC) <br><br> **ORDER SETTING DISCOVERY HEARING DATE** |

The Court has preliminary reviewed Plaintiffs' Discovery Brief.  ECF No. 93.  Defendant Sun Hung Kai Strategic Capital Limited's (SHK) Discovery Brief is due January 24, 2024.  *See* ECF No. 92.  The Court will hereby set a discovery hearing on the parties' pending discovery disputes for February 2, 2024, at 1:00 p.m., via Zoom videoconference.  If the Court later finds, pursuant to Civil Local Rule 7-1(b), that the matter is appropriate for resolution without oral argument, the discovery hearing will be vacated.

**IT IS SO ORDERED.**

Dated: January 19, 2024

LISA J. CISNEROS  
United States Magistrate Judge