UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENITY INVESTMENTS LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUN HUNG KAI STRATEGIC CAPITAL LIMITED, et al.,<br><br>Defendants. | Case No.  22-cv-01623-YGR   (LJC)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST UNDER THE HAGUE CONVENTION**<br><br>Re: ECF No. 122 |

On February 23, 2024, Plaintiffs Emma Cuadrado, as Trustee of the Daniel v. Tierney 2011 Trust, and Serenity Investments LLC, filed a "Letter" with the Court in which they brought a Motion for Issuance of Letters of Request Under the Hague Convention (Motion).  ECF No. 122. Plaintiffs' Letter was not a duly noticed motion pursuant to Civ. L.R. 7-2, nor did it comport with any of the other means by which a party may bring any written request for an order as listed in Civ. L.R. 7-1(a).  ECF No. 123.  Nevertheless, the Court set March 4, 2024, as the date by which any response to Plaintiffs' Motion could be filed pursuant to Civ. L.R. 7-3.  *Id.*  The Court did not set a reply deadline, nor did it set a hearing date for Plaintiffs' Motion.  *Id.*

No response/opposition to the Motion was filed by the deadline, meaning that the Motion is unopposed.  Under Rule 28(b)(1)(B) of the Federal Rules of Civil Procedure, parties may take depositions in a foreign country upon the issuance of a letter of request from the federal court.  *See also Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247, n.1 (2004) (A letter of request or letter rogatory "is the request by a domestic court to a foreign court to take evidence from a certain witness.")  "Judges in this district have held that motions requesting issuance of a letter of request or letter rogatory should generally be granted and that '[t]he opposing party must show good reason for a court to deny an application for a letter rogatory.'"  *Zoho Corp. Pvt. Ltd v.*

*Freshworks, Inc.*, No. 20-CV-01869-VC (TSH), 2021 WL 2769009, at *2 (N.D. Cal. July 2, 2021) (quoting *Successor Agency to Former Emeryville Redevelopment Agency v. Swagelok Co.*, 2020 WL 7042860, at *2 (N.D. Cal. Dec. 1, 2020)).  Like all discovery, motions for letters of request are subject to the standards of Rule 26(b), which provides that "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b)(1).

Having considered Plaintiffs' Motion, and with no objections in the record from any party to this litigation, the Motion is hereby **GRANTED**.  The Court adopts the Letters of Request attached to the Motion as Exhibits A and B.  ECF Nos. 122-2, 122-7.  The Clerk of Court shall file the executed letters as attachments to this Order.

**IT IS SO ORDERED.**

Dated: March 11, 2024

LISA J. CISNEROS
United States Magistrate Judge