# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMA CUADRADO, AS TRUSTEE OF THE DANIEL V. TIERNEY 2011 TRUST, AND SERENITY INVESTMENTS LLC,** | Case No.: 4:22-cv-01623-YGR |
| Plaintiffs, | **PRETRIAL SCHEDULING ORDER** |
| v. | |
| **SUN HUNG KAI STRATEGIC CAPITAL LIMITED,** | |
| Defendant. | |
| **SUN HUNG KAI STRATEGIC CAPITAL LIMITED,** | |
| Third-Party Plaintiff, | |
| v. | |
| **ORRICK, HERRINGTON & SUTCLIFFE LLP, AND SCENIC ADVISEMENT, INC.,** | |
| Third-Party Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| MOTION FOR SUMMARY JUDGMENT TO BE HEARD BY: | July 12, 2024, at 2:00 p.m. |
| JOINT STATEMENT: | September 6, 2024 |
| COMPLIANCE DEADLINE (*See* PAGE 2) | Friday, September 13, 2024, at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 13, 2024 |
| PRETRIAL CONFERENCE: | Friday, September 20, 2024, at 9:00 a.m. |
| TRIAL DATE: | Monday, October 7, 2024, at 8:00 a.m. for (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, September 13, 2024 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. All compliance deadlines are decided on the papers and personal appearances are not necessary. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the compliance deadline will be vacated. Failure to timely comply with the compliance deadline may result in sanctions or an additional conference being set.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 25, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**