1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMMA CUADRADO, AS TRUSTEE OF THE DANIEL V. TIERNEY 2011 TRUST, AND SERENITY INVESTMENTS LLC,, <br><br> Plaintiffs, <br><br> v. <br><br> SUN HUNG KAI STRATEGIC CAPITAL LIMITED, <br><br> Defendant. | Case No.: 4:22-cv-1623-YGR <br><br> ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT <br><br> Re: Dkt. No. 219 |

The Court understands the parties to this action have settled the case in full. The parties agreed to settlement on the record during a settlement conference held on September 20, 2024, by Magistrate Judge Thomas S. Hixson. (Dkt. No. 219.)

Based thereon, this matter is **CONDITIONALLY DISMISSED.** Trial and any associated hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if parties do not file a stipulation of dismissal with prejudice by **November 7, 2024,** that this Order shall be vacated, and this case will be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**